The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDERSON et al., <br><br> Plaintiffs, <br> v. <br><br> COLUMBIA DEBT RECOVERY LLC., <br><br> Defendant. | Civil Action No. 2:20-cv-1601-BJR <br><br> **ORDER REMANDING CASE** |

The parties having notified the Court through email correspondence dated Wednesday, November 4, 2020 that they stipulate to the fact that this matter was improperly removed from King County Superior Court, the Court HEREBY REMANDS the case to King County Superior Court.

Dated this 6th day of November 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

1